IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DIANE MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:05cv386-WHA |
| | ) | |
| | ) | (WO) |
| DALEVILLE CITY BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on the Plaintiff's Motions in Limine (Doc. #72) filed on August 14, 2006.

It is hereby ORDERED that the Defendants shall show cause, if any there be, **on or before August 21**, **2006** why the Plaintiff's motions should not be granted.

It is further ORDERED that the court will hear oral argument on all pending motions and objections on **August 23, 2006** at **2:00 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of August, 2006.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE